HONORABLE ROBERT H. WHALEY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OSCAR J. BROWNFIELD

Plaintiff,

v.

CITY OF YAKIMA, A MUNICIPAL
CORPORATION,

Defendant.

NO.  CV-08-3005-RHW

PLAINTIFF'S DISCLOSURE OF
EXPERT WITNESSES

PURSUANT RULE 26 the Plaintiff discloses the following potential expert witnesses as follows:

1.  Laurence Miller, PhD., Licensed Psychologist, 399 W. Camino Gardens

Boulevard, Boca Raton, FL 33432, (561)392-8881. Dr. Miller may be called as an

expert witness to testify regarding the normal procedures and requirements of

"Fitness for Duty Evaluations." He may also be called to testify regarding the

Plaintiff's "Fitness for Duty Evaluations."  Dr. Miller's Curriculum Vitae is

attached.

PLAINTIFF'S DISCLOSURE OF
EXPERT WITNESSES - 1

**LISH WHITSON** PLLC
800 Fifth Ave. Suite 4000
Seattle, WA 98104-3179
(206) 892-2164

2. Sgt. Bob Hester, 13508 Wide Hollow Road, Yakima, WA 98908, (509)966-7356.

Sgt. Hester may be called to testify regarding the terms of employment under the

union contract for licensed officers in the Yakima Police Department. He may

also be called to testify regarding the procedures that were employed in Plaintiff's

case. Sergent Hester is a career officer with the Yakima Police Department and

an officer of the Yakima Police Patrolmen's Association.

3. The Plaintiff may hire additional experts to:

(a) testify concerning the questionable practices and procedures in the Yakima

Police Department under Sam Granato and Dick Zais.

(b) testify concerning the proper vetting of a police chief re hiring,

supervision and firing vs. what has been done in the case of Sam Granato.

(c) respond to the experts designated by the defendant.

The Plaintiff will supplement this disclosure as soon as any additional expert

witnesses are hired.

DATED this 18th day of December, 2008.

By ___Kristy S. Still___  WSBA # 39986 for
John G. Bergman, WSBA # 386
Helsell Fetterman LLP
Attorney for Plaintiff Brownfield


By _____
Lish Whitson, WSBA # 5400
Lish Whitson, PLLC
Attorney for Plaintiff Brownfield

**LISH WHITSON** PLLC
800 Fifth Ave. Suite 4000
Seattle, WA 98104-3179
(206) 892-2164

1
2

### CERTIFICATE OF SERVICE

3

I, certify that I sent a copy of this pleading to Defendant's attorney, Jerry Moberg of Jerry

4

Moberg and Associates, by email at jerrymoberg@canfield-associates.com, and I mailed a

5

copy of this pleading U.S. mail, postage prepaid to:

6
7

Jerry Moberg & Associates
Attorneys for Defendant City of Yakima

8

451 Diamond Drive
Ephrata, WA 98823

9

In addition, I hereby certify that I electronically filed the foregoing with the Clerk of the

10

Court using the CM/ECF System on the same date.

11
12

DATED this 19th day of December, 2008.

13
14
15

Kristy L. Stell, WSBA #39986

16
17
18
19
20
21
22
23
24
25
26

PLAINTIFF'S DISCLOSURE OF
EXPERT WITNESSES - 3

# Laurence Miller, PhD

**Plaza Four, Suite 101**
**399 W. Camino Gardens Boulevard**
**Boca Raton, Florida 33432**
**Ph: (561) 392-8881, Fax: (561) 451-2822**
**docmilphd@aol.com**

## CURRICULUM VITAE

- **Clinical Psychology & Psychotherapy.**
- **Neuropsychology & Rehabilitation.**
- **Forensic Psychology & Expert Testimony.**
- **Business Psychology & Corporate Consulting**

### EDUCATION & CREDENTIALS

*June 1976:*
BA, Department of Psychology, Queens College of the City University of New York.
*June 1978:*
MA, Neuropsychology Program, Department of Psychology, Queens College of the City University of New York.
*June 1988:*
PhD, Neurocognition Program, Department of Psychology, City University of New York.
*February 1990:*
Licensed in Psychology, State of Florida.

### TRAINING & CERTIFICATIONS

*March 1982:*
Certified in Biofeedback, Biofeedback Certification Institute of America.
*May 1996:*
Certified Trainer, International Critical Incident Stress Foundation.
*January 1997:*
Diplomate & Senior Disability Analyst, American Board of Disability Analysts.
*April 1998:*
Florida Forensic Examiner Training, University of South Florida.
*June 1999:*
Board Certification in Forensic Traumatology, American Academy of Experts in Traumatic Stress.
*April 2000:*
Corporate Coaching Certificate, Grow Corporation.

## PROFESSIONAL SERVICES

*January 1989 – Present:*
**Independent Practice.**  *Laurence Miller, PhD, P.A.,* Boca Raton, Florida.
- Provide clinical neuropsychology, behavioral medicine, rehabilitation, and psychotherapy services.
- Perform forensic psychological and neuropsychological evaluations and serve as expert witness in civil and criminal cases.
- Provide personnel management and corporate consulting services to local and regional businesses and health care facilities.
- Provide training and continuing education in practical applications of psychology and behavioral science to law enforcement, criminal justice, civil litigation, crisis management, healthcare, and business.
- Peer reviewer for professional journals in clinical and forensic psychology and behavioral sciences.
- Editor (beginning 2008-2009) of *International Journal of Emergency Mental Health.*

*March 1997-Present:*
**Forensic Examiner.**  *Fifteenth Judicial Circuit, Palm Beach County Court,* West Palm Beach, Florida.
- Conduct court-mandated forensic psychological evaluations of children, adolescents, and adults in criminal, juvenile, and family law cases.
- Provide psychological expert witness testimony in criminal, juvenile, and family law cases.

*May 1998 – Present:*
**Police Psychologist.**  *West Palm Beach Police Department,* West Palm Beach, Florida.
- Provide on-scene evaluation and crisis response to officer-involved critical incidents; conduct stress debriefings and other emergency psychological interventions; provide follow-up psychological services for critical incidents.
- Provide individual and family psychotherapy and counseling services to officers and their families; conduct fitness-for-duty and other psychological evaluations of law enforcement personnel, and provide follow-up counseling services.
- Provide in-service and regional training in criminal psychology and law enforcement behavioral science.

*October 2007 – Present:*
**Mental Health Advisor.**  *Troop L, Florida Highway Patrol,* South Florida.
- Provide on-scene evaluation and crisis response to trooper-involved critical incidents; conduct stress debriefings and other emergency psychological interventions; provide follow-up psychological services for critical incidents.
- Provide individual and family psychotherapy and counseling services to troopers and their families.

- Provide in-service and regional training in crisis response, emergency, mental health, and critical incident stress management for law enforcement.

*April 1995 – August 2004:*
**Director of Psychological Services.** *Heartland Rehabilitation Centers,* Lantana and Pompano Beach, Florida.
- Conducted and supervised clinical and forensic psychological and neuropsychological evaluations of patients with brain injury, chronic pain, and other traumatic disability syndromes.
- Provided and supervised cognitive rehabilitation, pain management, biofeedback, individual and group psychotherapy, and other treatment modalities.
- Provided continuing education and training to clinical staff, local and regional health care providers, case managers, and attorneys.

*February 1995 – November 2000:*
**Clinical Director.** *Palm Beach County Critical Incident Stress Management (CISM) Team,* Palm Beach County, Florida.
- Provided critical incident stress debriefings and other crisis intervention services to regional police, firefighter, paramedic, and other law enforcement and emergency services personnel.
- Supervised field activities and provided education and training for CISM team members and allied agencies.

*May 1988 – September 1989:*
**Program Director.** *Neurobehavioral Treatment Center, Fair Oaks Hospital,* Delray Beach, Florida.
- Co-developed inpatient neurobehavioral treatment program and coordinated clinical services.
- Supervised neuropsychological evaluations, cognitive rehabilitation, biofeedback, and behavioral medicine services.
- Conducted and supervised research in neuropsychology and psychiatry; supervised practicum and internship training of psychology graduate students; supervised student research activities in coordination with regional universities.
- Provided interdisciplinary consultative training in neuropsychology, behavioral medicine, and neurobehavioral treatment applications to in-house staff, regional rehabilitation and mental health facilities, and community clinical practitioners.

*April 1982 – March 1988:*
**Associate in Neuropsychology.** *Fair Oaks Hospital,* Summit, New Jersey.
- Performed neuropsychological evaluations of psychiatric and substance abuse inpatients.
- Participated in multidisciplinary evaluation and treatment planning.

- Conducted research in neuropsychology and psychiatry.
- Provided interdisciplinary consultative training in applications of neuropsychology to patient assessment and care.
- Supervised clinical psychology trainees in neuropsychological assessment procedures.

*September 1983 – June 1984:*
**Research Associate.** *Biofeedback Laboratory, Department of Psychology,* City College, New York, New York.
- Provided services in clinical biofeedback, self-regulation, and stress management.
- Participated in research on psychophysiological regulation and cognitive processing.

*March 1981 – August 1982*:
**Neuropsychological Examiner.** *Helen Hayes Rehabilitation Hospital,* West Haverstraw, New York.
- Performed neuropsychological evaluations of brain-injured and neurologically impaired patients.
- Participated in research on recovery from traumatic brain injury and stroke.

*September 1979 – June 1981:*
**Research Assistant:** *Department of Psychophysiology, New York State Psychiatric Institute,* New York, New York.
- Participated in the development of clinical rating scales for depression and pain perception.
- Participated in psychophysiological research on pain perception and pain management.


**TEACHING**

*November 2007 – Present:*
**Curriculum Advisor.** *Criminal Justice Program, Everest University,* Pompano Beach, Florida.
Advise administration and faculty on the structure and content of bachelors- and masters-level courses in the Criminal Justice Program.

*January 2000 – Present:*
**Adjunct Instructor.** *Criminal Justice Institute, Palm Beach Community College,* Lake Worth, Florida.
*Courses taught:*
Stress Management for Law Enforcement; Crisis Intervention for Law Enforcement; Criminal Psychology.

*January 1997 – Present:*
**Adjunct Instructor.** *Department of Psychology, Florida Atlantic University,* Boca Raton, Florida.
*Courses taught:*
Neuropsychology; Abnormal Psychology; Theories of Personality; Police Psychology; Criminal Psychology; Business Psychology.

*September 1983 – June 1987:*
**Adjunct Instructor.** *Doctoral Program in Counseling Psychology, Seton Hall University,* South Orange, New Jersey.
*Courses taught:*
Physiological Psychology; Neuropsychology.

*January 1981 – June 1982:*
**Adjunct Instructor.** *Department of Psychology, City College,* New York, New York.
*Courses taught:*
Introductory Psychology; Experimental Psychology Lab.

*January 1978 – June 1980:*
**Adjunct Instructor.** *Department of Psychology, Queens College,* Flushing, New York.
*Courses taught:*
Introductory Psychology; Experimental Psychology Lab.

### HOSPITAL PRIVILEGES

*Fair Oaks Hospital,* Delray Beach, Florida
*Pinecrest Rehabilitation Hospital,* Delray Beach, Florida
*Delray Medical Center,* Delray Beach, Florida

### PROFESSIONAL MEMBERSHIPS & AFFILIATIONS

*American Academy of Experts in Traumatic Stress*
*American Psychological Association*
*Brain Injury Association of America*
*Consortium of Police Psychologists*
*Florida Brain Injury Association*
*Florida Network of Victim Witness Services*
*International Association of Chiefs of Police, Psychology Services Section*
*International Critical Incident Stress Foundation*
*International Law Enforcement Educators and Trainers Association*
*Mental Health Association of Palm Beach County*
*National Center for Victims of Crime*
*Police Executive Research Forum*
*Police Futurists International*
*Society for Police and Criminal Psychology*

## PRESENTATIONS

Miller, L. (1981). *Neuropsychology of learning disorders.* Program presented to the Department of Special Education, Fordham University at Lincoln Center, New York City, July 30.

Miller, L. (1983). *Delinquency, learning disability, and brain dysfunction: Theoretical and clinical-diagnostic issues.* Program presented at Fair Oaks Hospital, Summit, New Jersey, June 20.

Miller, L. (1984). *Clinical and family therapy aspects of organic mental disorders: I. Alzheimer's disease, the dementias, and pseudodementias. II. Epilepsy, psychopathology, and violence.* Program presented to Family Counseling Services of Somerset County, Bound Brook, New Jersey, April 24.

Miller, L. & Saraf, M. (1986). *Neuropsychological and psychotherapeutic factors in rehabilitating the substance-abusing, head-injured patient.* Program presented at the Robert Wood Johnson Lifestyle Institute, Edison, New Jersey, May 27.

Miller, L. (1986). *Can neuropsychology save metapsychology? In search of the cerebral unconscious.* Paper presented at the 94th Annual Convention of the American Psychological Association, Washington DC, August 22.

Miller, L. (1987). *Neuropsychology, psychodynamics, and cognitive style: Toward an integrative theory of personality.* Paper presented at the 95th Annual Convention of the American Psychological Association, New York City, August 30.

Miller, L. (1988). *Cognitive rehabilitation: A consumer's guide.* Program presented to the Florida Head Injury Association, Palm Beach County Chapter, West Palm Beach, Florida, July 26.

Miller, L. (1988). *The role of neuropsychological assessment and cognitive remediation in the comprehensive rehabilitation of psychiatric patients.* Program presented at Pinecrest Rehabilitation Hospital, Delray Beach, Florida, September 8.

Miller, L. (1988). *Stresses and strategies for health care providers working with cognitively impaired elderly patients.* Program presented at McClen Rehabilitation Center, Fort Lauderdale, Florida, October 28.

Miller, L. (1988). *The role of neuropsychological evaluation in neurobehavioral rehabilitation.* Invited address at the Sixth Annual Conference of the Florida Association of Rehabilitation Professionals in the Private Sector, Tampa, Florida, November 4.

Miller, L. (1988). *Neuropsychological aspects of childhood psychiatric disorders: Tourette syndrome, attention deficit disorder, learning disabilities, and organic psychosis.* Program presented at Child and Family Services, Delray Beach, Florida, November 18.

Miller, L. (1989). *Alcoholism, drug abuse, and head injury: Recommendations for clinicians.* Program presented at Community Reentry Center of South Florida, Fort Lauderdale, Florida, January 19.

Miller, L. (1989). *Neuropsychological evaluation of psychiatric and substance abuse patients.* Program presented to the Florida Psychological Association, Palm Beach County Regional Chapter, Boca Raton, Florida, July 16.

Miller, L. & Furr, S.C. (1990). *Dementia vs. depression: Differential diagnosis, neuropsychological assessment, and treatment issues.* Program presented at Jewish Family Services of Palm Beach County, Boca Raton, Florida, January 17.

Furr, S.C., Miller, L. & Millman, W. (1990). *Litigating the head trauma case: The role of the neuropsychology expert.* Continuing Legal Education Seminar presented at the Royce Hotel, West Palm Beach, Florida, January 26.

Miller, L. (1991). *Dealing with psychological factors in recovery from heart attack: Recommendations for cardiac rehab clinicians.* Program presented at Boca Raton Community Hospital, Boca Raton, Florida, January 29.

Miller, L., Kolasa, N. & Bird, D. (1991). *Stress and coping: The heart of the mind.* Program presented at the Second Annual Heart Club Seminar, Boca Raton Community Hospital, Boca Raton, Florida, March 5.

Miller, L. (1991). *The brain, learning disabilities, and strategies for remediation.* Program presented to the Florida Association for Children and Adults with Learning Disabilities, Boca Raton, Florida, April 16.

Miller, L. (1991). *The brain and personality.* Invited address at the Mental Health Association of Palm Beach County Community Seminar, West Palm Beach, Florida, July 10.

Miller, L. (1991). *Adult attention deficit disorder, substance abuse, and personality.* Program presented to ADD-IN of Palm Beach County, Boca Raton, Florida, July 15.

Miller, L. (1991). *The brain, personality, and human knowledge: The neuropsychoepistemology of everyday life.* Program presented to the Institute for Applied Philosophy, Boca Raton, Florida, August 15.

Miller, L. (1991). *Everything you always wanted to know about sex after head injury.* Program presented to the Florida Head Injury Association, Palm Beach County Chapter, West Palm Beach, Florida, September 24.

Miller, L. (1991). *Multiple sclerosis, sex, and intimacy: Physical and emotional issues for couples.* Program presented to the National Multiple Sclerosis Society, Florida Chapter, Margate, Florida, October 28.

Miller, L. (1992). *Behavioral and psychological approaches to seizure control.* Program presented to the Epilepsy South Palm Network, Delray Beach, Florida, January 16.

Miller, L. (1992). *The "good news" about dementia: How to stop worrying and get on with living.* Program presented to Women's American ORT, Delray Beach, Florida, January 22.

Miller, L. (1992). *Freud's brain: Toward a unified neuropsychodynamic model of personality and psychotherapy.* Paper presented at the 36th Annual Conference of the American Academy of Psychoanalysis, Washington DC, May 3.

Miller, L. (1992). *Coping with cognitive and emotional symptoms in multiple sclerosis.* Program presented to the National Multiple Sclerosis Society, Florida Chapter, Margate, Florida, July 1.

Miller, L. (1993). *Behavioral medicine: Stress management for a healthy lifestyle.* Program presented at the First Annual Regional Conference of the South Florida Brain Tumor Association, Dania, Florida, January 9.

Miller, L. (1993). *Cognitive rehabilitation: Overcoming mental impairment caused by brain tumor and surgery.* Program presented at the First Annual Regional Conference of the South Florida Brain Tumor Association, Dania, Florida, January 9.

Miller, L. (1993). *Self-management of tinnitus.* Workshop presented to the American Tinnitus Association, South Florida Chapter, Boca Raton, Florida, January 27.

Miller, L. (1993). *Epilepsy and the family.* Program presented to the Epilepsy South Palm Network, Delray Beach, Florida, March 4.

Miller, L. (1993). *Self-management of seizures.* Program presented to the Epilepsy South Palm Network, Delray Beach, Florida, March 4.

Miller, L. (1993). *Parents' fears and concerns: What caused by child's epilepsy? Will my child get better?* Program presented to Epilepsy Family Services, Delray Beach, Florida, June 1.

Miller, L. & Magier, M. (1993). *Brain cases: Forensic neuropsychology in personal injury litigation.* Neuropsychology Training Institute Continuing Legal Education Seminar, Boca Raton, Florida, June 1.

Miller, L. (1994). *Reclaiming the shattered self: Psychotherapy of the brain-injured patient.* Keynote address presented at the Mild/Moderate Traumatic Brain Injury Seminar, Reading Rehabilitation Hospital and Penn State University, Reading, Pennsylvania, April 20.

Miller, L. (1994). *Special problems in psychotherapy for brain injury.* Program presented at the Mild/Moderate Traumatic Brain Injury Seminar, Reading Rehabilitation Hospital and Penn State University, Reading, Pennsylvania, April 20.

Miller, L. (1994). *Psychotherapy after traumatic brain injury.* Plenary session address presented at the Brain Injury Rehabilitation Conference, Magee Rehabilitation Hospital, Philadelphia, Pennsylvania, May 20.

Miller, L. (1994). *Sexuality after traumatic brain injury.* Workshop presented at the Brain Injury Rehabilitation Conference, Magee Rehabilitation Hospital, Philadelphia, Pennsylvania, May 20.

Miller, L. (1994). *Cognitive rehabilitation: Overcoming mental impairment caused by brain tumor and surgery.* Program presented at the Second Annual Regional Conference of the South Florida Brain Tumor Association, Fort Lauderdale, Florida, October 30.

Miller, L. (1994). *Taking control: Normalizing behavior for survivors and families.* Program presented at the Florida Head Injury Association Educational Meeting, Pompano, Florida, November 15.

Miller, L. (1995). *Getting control: Dealing with anger and frustration after a head injury.* Program presented to the Head Injury Support Group of Palm Beach County, West Palm Beach, Florida, March 28.

Miller, L. (1995). *The role of the neuropsychologist in recovery from stroke.* Program presented to the Golden Rule Stroke Club, West Palm Beach, Florida, August 27.

Sherr, R.L. & Miller, L. (1995). *Acquired organic brain dysfunction: Its impact on treatment and the self.* Paper presented to the South Florida Association for Psychoanalytic Psychology, Boca Raton, Florida, September 17.

Miller, L. (1995). *Intervention strategies with victims of domestic violence.* Program presented to Palm Beach County Victim Services Domestic Violence Seminar, West Palm Beach, Florida, October 3.

Miller, L. (1995). *Facing the challenges of traumatic brain injury: Rehabilitation and recovery for survivors and their families.* Program presented at the Florida Head Injury Association Family/Survivor Forum, Vero Beach, Florida, October 14.

Miller, L. (1996). *Evaluation and treatment of posttraumatic stress disorder in victims of violent crime.* Program presented to Palm Beach County Victim Services, West Palm Beach, Florida, January 25.

Miller, L. (1996). *Psychological management of the chronic pain patient.* Inservice program presented to South Florida Pain and Rehabilitation Center, Delray Beach, Florida, January 25.

Miller, L. (1996). *Mild head injury and the postconcussion syndrome: Brain injury, recovery, acceptance, employment, long-term options, quality of life, and litigation.* New Life Options Seminar, Melbourne, Florida, April 19.

Miller, L. (1996). *Special applications of critical incident stress debriefing.* Inservice program presented to Palm Beach County CISM Team, West Palm Beach, Florida, June 19.

Miller, L. (1996). *Attention deficit hyperactivity disorder (ADHD) and crisis intervention.* Program presented to the Center for Information and Crisis Services, Boynton Beach, Florida, October 5, 1996.

Miller, L. (1996). *Psychosocial complications in brain injury rehabilitation: Identification, prevention, and treatment.* Program presented to Palm Coast Association of Rehabilitation Nurses, Lantana, Florida, November 14.

Miller, L. (1996). *Attention deficit disorder, learning disabilities, and epilepsy: What every parent should know.* Program presented to Epilepsy Services of South Florida Educational Seminar, Delray Beach, Florida, November 27.

Miller, L. (1997). *Team building and problem solving in the rehabilitation healthcare setting.* Inservice program presented to South Florida Pain and Rehabilitation Center, Delray Beach, Florida, April 24.

Miller, L. & Homrich, R. (1997). *Parenting the ADHD child: Learning disorders and beyond.* Program presented at Boca Raton Community Hospital, Boca Raton, Florida, April 26.

Miller, L. (1997). *Brain tumor survivors: Looking toward the future.* Keynote address at the Third Annual Convention of the South Florida Brain Tumor Association, Fort Lauderdale, Florida, May 3.

Miller, L. (1997). *Cognitive rehabilitation: Retraining the mind after brain tumor surgery.* Program presented at the Third Annual Convention of the South Florida Brain Tumor Association, Fort Lauderdale, Florida, May 3.

Miller, L. & Hall, S. (1997). *Critical incident stress management: Basic CISM Certification Training Course.* West Palm Beach, Florida, September 6-7.

Miller, L. (1997). *Epilepsy, violence, and the law: Seizure disorders and forensic neuropsychology.* Program presented to Epilepsy South Palm Network, Delray Beach, Florida, September 24.

Miller, L. (1997). *Workplace violence and domestic violence: Prevention, response, and recovery.* Program presented at Domestic Violence Awareness Month Seminar, Palm Beach County Victim Services, West Palm Beach, Florida, October 17.

Miller, L. & Bernstein, A. (1997). *Overcoming limitations after brain tumor surgery: Cognitive rehabilitation, recovery of function, and quality of life.* Program presented at Brain Tumor Awareness Week Seminar, Boca Raton, Florida, October 25.

Miller, L. (1997). *Workplace violence in the healthcare setting: Prevention, response, and recovery.* Inservice training program presented to South Florida Pain and Rehabilitation Center, Lantana, Florida, November 20.

Miller, L. & Hall, S. (1997). *Critical incident stress management: Basic CISM certification training course* Stuart, Florida, January 10-11.

Miller, L. & Hall, S. (1997). *Critical incident stress management: Basic CISM certification training course.* Delray Beach, Florida, March 28-29.

Miller, L., Pirtle, C. & Bartlett, R. (1997). *Psychological responses to disasters: FEMA disaster management training course.* West Palm Beach, Florida, April 2.

Miller, L. & Hall, S. (1998). *Critical incident stress management: Basic CISM certification training course.* West Palm Beach, Florida, April 17-18.

Miller, L. (1998). *Managing stresses, large and small.* Lecture, discussion, and book signing, Borders Books & Music, Boynton Beach, Florida, August 8.

Miller, L. (1999). *Repairing the injured self: Cognitive rehabilitation after brain tumor surgery.* Workshop presented at the Fourth Annual Convention of the South Florida Brain Tumor Association, Fort Lauderdale, Florida, January 23.

Miller, L. (1999). *Posttraumatic stress disorder after workplace violence: Making the case for psychological injury.* Program presented at the American Trial Lawyers Association Conference on Premises Liability, Inadequate Security, and Violent Crimes, Phoenix, Arizona, February 27.

Miller, L. (1999). *Beating burnout: Understanding and coping with vicarious traumatization and compassion fatigue for mental health clinicians and social service providers.* Seminar presented to AMCAL Family Services, Montreal, Canada, October 18-19.

Miller, L. (1999). *Crime trauma: Victims and helpers.* Program presented at South Florida Society for Trauma-Based Disorders Continuing Education Seminar, Hollywood, Florida, December 3.

Miller, L. (1999). *Developing, operating, and marketing a brain injury program.* Inservice program presented to Heartland Rehabilitation Center, Lantana, Florida, December 21.

Miller, L. (2000). *Crime scene trauma: Effective modalities for victims and helpers.* Workshop presented to Palm Beach County Victims Services, West Palm Beach, Florida, January 10.

Miller, L. (2000). *Crisis management of violent episodes in the health care setting.* Inservice training program presented to Heartland Rehabilitation Center, Lantana, Florida, February 3.

Miller, L. (2000). *The "good news" about dementia: Why it's probably not what you think.* Public education seminar presented at Border's Books & Music, Boca Raton, Florida, March 27.

Miller, L. (2000). *TBI 2000: Understanding traumatic brain injury for the new millenium.* Florida Brain Injury Association Seminar presented to Psychology Student Association, Florida Atlantic University, Boca Raton, Florida, April 13.

Miller, L. (2000). *Workplace violence in the clinical healthcare setting: Prevention, response, and recovery.* Program presented to Intracorp, Coral Springs, Florida, May 17.

Miller, L. (2000). *Brain cases: Forensic neuropsychology in personal injury litigation.* Continuing Legal Education Seminar presented at Heartland Rehabilitation Centers, Lantana, Florida, May 19.

Miller, L. & Hall, S. (2000). *Critical incident stress management: Basic CISM certification training course.* West Palm Beach, Florida, May 20-21.

Miller, L. (2000). *Workplace violence in the clinical healthcare setting: Prevention, response, and recovery.* Program presented to Gold Coast Network, West Palm Beach, Florida, June 17.

Miller, L. (2000). *Psychological impediments to recovery in the rehabilitation setting.* Program presented to South Florida Case Management Network, Aventura, Florida, July 12.

Miller, L. (2000). *Posttraumatic stress disorder (PTSD) in traumatic brain injury (TBI) cases: Clinical, neuropsychological, and forensic considerations.* Program presented at the Annual Conference of the Brain Injury Association of America, Chicago, Illinois, July 30.

Miller, L. (2000). *Preventing and responding to school violence.* Roundtable panel discussion at the Barry Grunow Memorial Summit on Youth and School Violence, Center for Family Services, West Palm Beach, Florida, August 8.

Miller, L. (2000). *Psychological impediments to progress in the rehabilitation setting: Lessons for case managers.* Program presented to Genex Corporation, Orlando, Florida, August 10.

Miller, L. (2000). *Psychological impediments to progress in the rehabilitation setting: Lessons for claims adjusters.* Program presented to G.A.B. Robins, Inc., Orlando, Florida, August 10.

Miller, L. (2000). *Atypical psychological syndromes in TBI litigation.* Program presented at the Brain Injury Association 14th Annual Conference for Attorneys, Palm Beach, Florida, September 14.

Miller, L. (2000). *Crime victimization and workplace violence: A critical incident stress management approach.* Program presented to Center for Family Services, West Palm Beach, Florida, December 1.

Miller, L. (2000). *Psychological syndromes in the rehabilitation setting: What case managers need to know.* Program presented to Genex Corporation, Ft. Lauderdale, Florida, April 10.

Miller, L. (2001). *Workplace violence and domestic violence: Strategies for prevention, response, and recovery.* Training program presented to Parkland Public Safety Department, Parkland, Florida, April 18.

Miller, L. (2001). *Psychological responses to trauma: Applications to brain injury assessment and treatment.* Seminar presented at the 16th Annual Symposium of the Western Michigan Brain Injury Network, Grand Rapids, Michigan, April 27.

Miller, L. (2001). *Rehabilitation, psychotherapy, hope, love, and work: Multiple dimensions of brain tumor treatment.* Program presented at the South Florida Brain Tumor Association's Brain Tumor Awareness Seminar, May 5.

Miller, L. (2001). *Psychological syndromes in the rehabilitation setting: What case managers need to know.* Program presented to Intracorp, Ft. Lauderdale, Florida, May 16.

Miller, L. (2001). *Psychological syndromes in the medical setting: What case managers need to know.* Program presented to Intracorp, Ft. Lauderdale, Florida, May 16.

Miller, L. (2001). *Psychological syndromes in the rehabilitation setting: What case managers need to know.* Program presented to Genex Corporation, Orlando, Florida, June 14.

Miller, L. (2001). *Family matters: Sex, love, and intimacy after brain injury.* Program presented to Florida Brain Injury Association Support Group, West Palm Beach, Florida, June 26.

Miller, L. (2001). *Psychology in the criminal justice system: Expanding roles for mental health services.* Program presented at Florida Psychological Association Continuing Education Seminar, West Palm Beach, September 15.

Miller, L. (2001). *Not just terrorism: Psychological stress syndromes affecting rehabilitation.* Program presented to Barkely Care Corporation, Boynton Beach, Florida, October 4.

Miller, L. (2002). *Bullying and harassment at school: What it is and what to do about it.* Program presented at Hillel Hebrew Day School, Boca Raton, Florida, May 7.

Miller, L. (2002). *Terrorism: Psychological response syndromes and treatment strategies.* Seminar presented to South Florida Society for Trauma-Based Disorders, Ft. Lauderdale, Florida, September 20.

Miller, L. (2002). *Psychological factors in the rehab setting: What case managers need to know.* Seminar presented to South Florida Case Management Network and International Association of Rehabilitation Providers Conference, Davie, Florida, October 24.

Miller, L. (2002). *Crisis management in the healthcare setting: What front-line clinicians need to know.* Inservice program presented to Heartland Rehabilitation Services, Boca Raton, Florida, December 19.

Miller, L. (2003). *"School shock:" Preventing and responding to school violence.* Continuing education seminar and book signing, Barnes & Noble, Boynton Beach Florida, May 8.

Miller, L. (2004). *Managing the problem officer in the community policing era.* Plenary Session presented at the 25th Contemporary Issues in Police Administration, Institute for Law Enforcement Administration, Dallas, Texas, March 25.

Miller, L. (2004). *Children in the criminal justice system: What community leaders need to know.* Program presented to the Boca Raton Exchange Club, Boca Raton, Florida, March 31.

Miller, L. (2004). *Personalities at work: People-knowledge for effective business management.* Program presented at the 23rd Annual Broward Aging Network Conference, Coconut Creek, Florida, May 5.

Miller, L. (2004). *Building the bully-proof child: Recommendations for students, teachers, and parents.* Program presented to Anti-Defamation League, West Palm Beach, Florida, August 19.

Miller, L. (2004). *Bully-proofing your child and school: Practical strategies for parents and educators.* Program presented at the Educator Appreciation Day Event of the Palm Beach County School System, Barnes & Noble, Boynton Beach, Florida, October 21.

Miller, L. (2004). *Stress management at work: Coping with corporate restructuring.* Program presented to Seisint Technologies, Boca Raton, Florida, November 3.

Miller, L. (2005). *Inside the criminal mind: Forensic psychology in fact and fiction.* South Florida Crime and Mystery Writers' Seminar, Barnes & Noble, Boynton Beach, Florida, February 22.

Miller, L. (2006). *Personalities on the job: How to survive and thrive with your colorful coworkers.* Program presented to Area Conference on Aging, Broward County, May 9.

Miller, L. (2006). *Police psychology into the 21st century: Challenges and opportunities.* Invited lecture at Florida Metropolitan University, November 27, 2006.

Miller, L. (2007). *Working in the right state of mind: Substance abuse and safety in the workplace.* Program presented to the City of Oakland Park, Oakland Park, Florida, January 15.

Miller, L. (2007). *Workplace violence in healthcare: Prevention, response, and recovery.* Program presented to 9th International Association of Rehabilitation Professionals Conference, Dania Beach, Florida, November 2.

Miller, L. (2007). *Forensic psychology in the 21st century: Basic principles and new applications.* Invited lecture, Honors Seminar, Florida Atlantic University, Boca Raton, Florida, December 3.

Miller, L. (2007). *Workplace violence: Prevention, response, and recovery strategies for public employees.* Manager training seminar, Republic Services, West Palm Beach, Florida, December 13.

Miller, L. (2008). *Justice on the job: Management strategies and human rights in the workplace.* Program presented at Human Rights and Social Justice: 2008 and Beyond, Ft. Lauderdale, Florida, April 4.

Miller, L. (2008). *Domestic violence and law enforcement: Tactics, strategies, and intervention protocols.* Guest lecture, Criminal Justice Institute-PBCC, Lake Worth, Florida, April 29.

Miller, L. (2008). *Critical incident stress in aquatic rescue personnel: Syndromes and strategies.* Program presented to the American Red Cross, Palm Beach County Chapter, West Palm Beach, Florida, May 28.

Miller, L. (2008). *Writing about what you do: How to turn your professional experience into publications that inform, entertain, and change lives.* Program presented to Future Authors Writing Workshop, Boca Raton, Florida, June 11.

Miller, L. (2008). *Parents and children: Diagnostic and mental health issues in family law.* Continuing legal education seminar, South Palm Beach County Bar Association, Boca Raton, Florida, June 27.

Miller, L. (2008). *Police psychology and forensic psychology in the criminal justice system.* Seminar presented to Department of Criminal Justice, Keiser University, Pembroke Pines, Florida, August 7.

Miller, L. (2008). *Managing helper stress in the critical professions.* Workshop presented to Palm Beach County CISM Team, Lake Worth, Florida, September 2.

Miller, L. (2008). *Neuropsychological evaluations and treatment options.* Continuing education seminar presented to Patriot Risk Services, Fort Lauderdale, Florida, September 3.

Miller, L. (2008). *Parents and children: Diagnostic and mental health issues in family law.* Continuing legal education seminar, Broward County Bar Association, Boca Raton, Florida, October 16.

Miller, L. (2008). *Crisis intervention: Concepts and strategies for mental health professionals.* Workshop presented at Center for Group Counseling, Boca Raton, Florida, November 7.

Miller, L. (2008). *Philosophical foundations of forensic psychology: Free will, the insanity defense, and criminal competencies.* Invited lecture, Honors Seminar, Florida Atlantic University, Boca Raton, Florida, November 10.

## PRINT PUBLICATIONS

Miller, L. (1984). Neuropsychological concepts of somatoform disorders. *International Journal of Psychiatry in Medicine, 14,* 31-46.

Miller, L. (1984). Hemispheric asymmetry of cognitive processing in schizophrenics. *Psychological Reports, 55,* 932-934.

Miller, L. (1985). Neuropsychological assessment of substance abusers: Review and recommendations. *Journal of Substance Abuse Treatment, 2,* 5-17.

Miller, L. (1985). Tourette syndrome and drug addiction. *British Journal of Psychiatry, 147,* 584-585.

Miller, L. (1985). A sticky solution for psoriasis. *Health,* June, p. 14.

Miller, L. (1985). Thinking away headaches with biofeedback. *Pediatrics for Parents,* July/August, p. 12.

Miller, L. (1985). Infertility, macho style. *Psychology Today,* August, pp. 27-28.

Miller, L. (1985). Unhappy anniversary: Anniversary reactions and health. *Psychology Today,* October, pp. 10-11.

Miller, L. (1985). Book review: "The New Psychiatry" by Jerrold Maxmen. *Psychology Today,* October, pp. 81-82.

Miller, L. (1985). A shot in the brain for weight control. *Psychology Today,* November, pp. 74-75.

Miller, L. (1985). Book review: "Migraine: Understanding a Common Disorder" by Oliver Sacks. *Psychology Today,* November, pp. 83-84.

Miller, L. (1985). No gain, no pain: Naloxone for weight control. *Psychology Today,* December, p. 7.

Miller, L. (1986). Aging pickled brains. *Psychology Today,* January, pp. 16-17.

Miller, L. (1986). The cross-cultural nose. *Psychology Today,* January, p. 68.

Miller, L. (1986). Binge drinking and strokes in young adults. *Alcoholism and Addiction,* February, p. 48.

Miller, L. (1986). Conversion, paranoia, and brain dysfunction. *British Journal of Psychiatry, 148,* 481.

Miller, L. (1986). Ill winds, SAD days, and the body electric: A new role for the environment in psychiatry? *Journal of Clinical Psychiatry, 47,* 392.

Miller, L. (1986). Pathological gambling: Cerebral roulette. *Psychology Today,* April, pp. 9-10.

Miller, L. (1986). Book reviews: "Whole Brain Thinking" by J. Wonder & P. Donovan (Morrow); "Optimum Brain Power" by M. Ehrenberg & O. Ehrenberg (Dodd Mead); and "Megabrain" by M. Hutchinson (Morrow). *Psychology Today,* April, pp. 70-72.

Miller, L. (1986). Weird psi-ence: Getting a grip on ESP, psychokinesis, and out-of-body experiences. *Health,* May, pp. 78-84.

Miller, L. (1986). A blow from the east. *Psychology Today,* May, pp. 8-9.

Miller, L. (1986). Talking or signing raises blood pressure. *Psychology Today,* June, p. 18.

Miller, L. (1986). Book review: "Multimind" by Robert Ornstein. *Psychology Today,* June, pp. 77-78.

Miller, L. (1986). The incredible shrinking…Koro syndrome. *Psychology Today,* July, p. 12.

Miller, L. (1986). Book review: "The Three-Pound Universe" by Judith Hooper & Dick Teresi. *Psychology Today,* July, p. 78.

Miller, L. (1986). Boy, did that hurt – or did it? Pain and memory. *Psychology Today,* August, pp. 10-11.

Miller, L. (1986). Too much, too soon: Brain injury in children. *Psychology Today,* September, pp. 17-18.

Miller, L. (1986). Some comments on cerebral hemispheric models of consciousness. *Psychoanalytic Review, 73,* 129-144.

Miller, L. (1986). The subcortex, frontal lobes, and psychosis. *Schizophrenia Bulletin, 12,* 340-341.

Miller, L. (1986). "Narrow localizationism" in psychiatric neuropsychology. *Psychological Medicine, 16,* 729-734.

Miller, L. (1986). Seizure control. *Psychology Today,* September, pp. 19-20.

Miller, L. (1986). Mindsight: mental images of the blind. *Psychology Today,* December, pp. 14-15.

Miller, L. (1986). In search of the unconscious: Psychoanalysis and brain research come of age. *Psychology Today,* December, pp. 60-64.

Miller, L. (1986-87). Is alexithymia a dysconnection syndrome? A neuropsychological perspective. *International Journal of Psychiatry in Medicine, 16,* 199-209.

Pheterson, A.D., Miller, L., Fox, C.E., Estroff, T.W. & Sweeney, D.R. (1986-87). Multifocal neurological damage caused by infection-induced rise in blood lithium and amitriptyline. *International Journal of Psychiatry in Medicine, 16,* 259-264.

Miller, L. (1987). Neuropsychology of the aggressive psychopath: An integrative review. *Aggresssive Behavior, 13,* 119-140.

Miller, L. (1987). Book review: "Americans and the Unconscious" by Robert C. Fuller. *Psychology Today,* July, pp. 70-71.

Miller, L. (1987). Ghosts from the temporal lobe. *Omni,* August, p. 33.

Miller, L. (1987). Morse code in the brain. *Omni,* September, p. 35.

Miller, L. (1987). Hitler's real problem. *Omni,* November, pp. 30-31.

Miller, L. (1987). Book reviews: "The Healing Brain: Breakthrough Discoveries About How the Brain Keeps Us Healthy" by Robert Ornstein & David Sobel; and "Minding the Body, Mending the Mind" by Joan Borysenko. *Psychology Today,* December, p. 68.

Miller, L. (1987). REM sleep: Pilot light of the mind? *Psychology Today,* December, pp. 9-10.

Miller, L. (1988). The emotional brain. *Psychology Today,* February, pp. 34-42.

Miller, L. (1988). This brain's for hire. *Omni,* March, p. 14.

Miller, L. (1988). *A Study of Verbally-Mediated Concept Formation in Psychopathy.* Doctoral Dissertation, City University of New York.

Miller, L. (1988). Neuropsychological perspectives on delinquency. *Behavioral Sciences and the Law, 6,* 409-428.

Miller, L. (1988). Book review: "Neuropsychology of Alcoholism: Implications for Diagnosis and Treatment," Ed. by O.A. Parsons, N. Butters & P. Nathan. *Journal of Substance Abuse Treatment, 5,* 52-55.

Miller, L. (1988). Book review: "Heavy Drinking: The Myth of Alcoholism as a Disease" by Herbert Fingarette. *Psychology Today,* June, pp. 70-71.

Miller, L. (1988). Ego autonomy, creativity, and cognitive style: A neuropsychodynamic approach. In K.D. Hoppe (Ed.), *Hemispheric Specialization* (pp. 383-397). Philadelpha: Saunders.

Miller, L. (1988). Compulsion: A case of mind, matter, or both? *Boca Raton News,* June 6, p. 4D.

Miller, L. (1988). Diseased or not, alcoholics are responsible for actions. *Boca Raton News,* June 26, p. 4C.

Miller, L. (1988). A boxer's brain takes a beating, too. *Boca Raton News,* August 8, p. 4C.

Miller, L. (1988). Specialists find causes of brain ills. *Boca Raton News*, August 9, p. 12A.

Miller, L. (1988). Brain damage helps only science. *Boca Raton News*, August 16, p. 4C.

Miller, L. (1988). Doctors can treat head injuries. *Boca Raton News*, August 30, p. 3C.

Miller, L. (1988). Athletes really in right minds. *Boca Raton News*, September 6, p. 5B.

Miller, L. (1988). Use of cocaine alters perception. *Boca Raton News*, September 14, p. 4C.

Miller, L. (1988). Doctors may unleash brain's power to trim weight. *Boca Raton News*, September 20, p. 5B.

Miller, L. (1988). Alcoholism affects brain, depression. *Boca Raton News*, September 27, p. 4C.

Miller, L. (1988). A migraine isn't just any headache. *Boca Raton News*, October 10, p. 3C.

Miller, L. (1988). Science can partially explain mystery of psychic experiences. *Boca Raton News*, October 11, p. 4C.

Miller, L. (1988). Heredity unclear in schizophrenia. *Boca Raton News,* October 18, p. 4C.

Miller, L. (1988). Drugs, changes can baffle aged. *Boca Raton News*, Novermber 1, p. 3C.

Miller, L. (1988). Narcolepsy has several manifestations. *Boca Raton News,* November 8, p. 4C.

Miller, L. (1988). Tourette syndrome not related to epilepsy. *Boca Raton News,* November 15, p. 5C.

Miller, L. (1988). Spaciness is not mental illness. *Boca Raton News*, November 29, p. 4C.

Miller, L. (1988). Illness emphasizes brain's effect on speech. *Boca Raton News*, December 6, p. 7C.

Miller, L. (1988). No, a blind person's senses do not become more acute. *Boca Raton News*, December 13, p. 14A.

Miller, L. (1988). Hormones in womb may affect sexuality. *Boca Raton News*, December 20, p. 14A.

Miller, L. (1988). Keep a positive attitude: it may help your health. *Boca Raton News*, December 27, p. 7C.

Miller, L. (1989). Biofeedback procedures can help a variety of conditions. *Boca Raton News,* January 4, p. 4C.

Miller, L. (1989). Unconscious mind created by splitting of brain functions? *Boca Raton News*, January 10, p. 4C.

Miller, L. (1989). Your nose should remind you that smell's not a "lower" sense. *Boca Raton News*, Janauary 17, p. 3C.

Miller, L. (1989). Self-monitoring can lead to better health. *Boca Raton News*, January 24, p. 5C.

Miller, L. (1989). Special abilities may be result of hormone imbalance in womb. *Boca Raton News*, January 31, p. 4C.

Miller, L. (1989). Substance abuse often follows head injury. *Boca Raton News*, February 7, p. 6C.

Miller, L. (1989). Shaking a sign of many illnesses. *Boca Raton News*, February 14, p. 4C.

Miller, L. (1989). Creativity not tied to brain disorder. *Boca Raton News*, February 21, p. 5B.

Miller, (1989). Most sleep disorders just annoyances. *Boca Raton News*, February 28, p. 5C.

Miller, L. (1989). Bedwetting is a common disorder. *Boca Raton News*, March 14, p. 4C.

Miller, L. (1989). Stress can be a threat to your health. *Boca Raton News*, March 21, p. 6C.

Miller, L. (1989). The 3 A's jumble brain functions. *Boca Raton News*, March 29, p. 5B.

Miller, L. (1989). There is a right way and a left way to feel. *Boca Raton News*, April 5, p. 5C.

Miller, L. (1989). Headache not always result of migraine. *Boca Raton News*, April 11, p. 4C.

Miller, L. (1989). Habitual criminals could be shaped by heredity. *Boca Raton News*, April 18, p. 5C.

Miller, L. (1989). Deal with stress, don't eliminate it. *Boca Raton News*, April 25, p. 3C.

Miller, L. (1989). You're not a hypochondriac: the mind can magnify pain. *Boca Raton News*, May 3, p. 4C.

Miller, L. (1989). Mental and physical are related. *Boca Raton News*, May 16, p. 4C.

Miller, L. (1989). Mind over bladder eases urinary woes. *Boca Raton News*, May 23, p. 4C.

Miller, L. (1989). Therapy, reducing stress events can aid shy, inhibited children. *Boca Raton News*, May 30, p. 7C.

Miller, L. (1989). There's more to dyslexia than meets the eye. *Boca Raton News*, June 6, p. 4B.

Miller, L. (1989). Treatment can help you ride out panic attacks. *Boca Raton News*, June 13, p. 4C.

Miller, L. (1989). Psychotherapy helps schizophrenics cope. *Boca Raton News*, June 20, p. 4C.

Miller, L. (1989). Don't give up on learning disorders. *Boca Raton News*, June 27, 06/27/89, p. 4C.

Miller, L. (1989). Book review: "Biological Contributions to Crime Causation," Ed. by T.E. Moffitt & S.A. Mednick. *Aggressive Behavior, 15,* 245-247.

Miller, L. (1989). Neuropsychology, personality, and substance abuse: Implications for head injury rehabilitation. *Cognitive Rehabilitation, 7*(5), 26-31.

Miller, L. (1989). What biofeedback does and doesn't do. *Psychology Today,* November, pp. 22-23.

Miller, L. (1989). To beat stress, don't relax: Get tough! *Psychology Today,* December, pp. 62-63.

Miller, L. (1989). On the neuropsychology of dreams. *Psychoanalytic Review, 76,* 375-401.

Miller, L. (1989). Neurocognitive aspects of remorse: Impulsivity-compulsivity-reflectivity. In E.M. Stern (Ed.), *Psychotherapy and the Remorseful Patient* (pp. 63-76). New York: Haworth.

Miller, L. (1990). Neuropsychodynamics of alcoholism and addiction: Personality, psychopathology, and cognitive style. *Journal of Substance Abuse Treatment, 7,* 31-49.

Miller, L. (1990). Book review: "Diseasing of America: Addiction Treatment Out of Control" by Stanton Peele. *Journal of Substance Abuse Treatment, 7,* 203-206.

Miller, L. (1990). Litigating the head trauma case: Issues and answers for attorneys and their clients. *Cognitive Rehabilitation, 8*(3), 8-12.

Miller, L. (1990). Chronic pain complicating head injury recovery: Recommendations for clinicians. *Cognitive Rehabilitation, 8*(5), 12-19.

Miller, L. (1990). Neurobehavioral syndromes and the private practitioner: An introduction to evaluation and treatment. *Psychotherapy in Private Practice, 8*(3), 1-12.

Miller, L. (1990). Major syndromes of aggressive behavior following head injury. *Cognitive Rehabilitation, 8*(6), 14-19.

Miller, L. (1991). Psychotherapy of the brain-injured patient: Principles and practices. *Journal of Cognitive Rehabilitation, 9*(2), 24-30.

Miller, L. (1991). Significant others: Treating brain injury in the family context. *Journal of Cognitive Rehabilitation, 9*(3), 16-25.

Miller, L. (1991). Brain and self: Toward a neuropsychodynamic model of ego autonomy and personality. *Journal of the American Academy of Psychoanalysis, 19,* 213-234.

Miller, L. (1991). "On Aphasia" at 100: The neuropsychodynamic legacy of Sigmund Freud. *Psychoanalytic Review, 78,* 365-378.

Miller, L. (1991). The "other" brain injuries: Psychotherapeutic issues with stroke and brain tumor patients. *Journal of Cognitive Rehabilitation, 9*(5), 10-16.

Miller, L. (1991). Predicting relapse and recovery in alcoholism and addiction: Neuropsychology, personality, and cognitive style. *Journal of Substance Abuse Treatment, 8,* 277-291.

Miller, L. (1991). Psychotherapy of the chronic pain patient: I. Clinical syndromes and sources. *Psychotherapy in Private Practice, 9*(4), 109-125.

Miller, L. (1992). Psychotherapy of the chronic pain patient: II. Treatment principles and practices. *Psychotherapy in Private Practice, 11*(1), 69-82.

Miller, L. (1992). Neuropsychology, personality, and substance abuse in the head injury case: Clinical and forensic issues. *International Journal of Law and Psychiatry, 15,* 303-316.

Miller, L. (1992). The primitive personality and the organic personality: A neuropsychodynamic model for evaluation and treatment. *Psychoanalytic Psychology, 9,* 93-109.

Miller, L. (1992). Book review: "Psychotherapy of Neurotic Character" by David Shapiro. *Psychotherapy in Private Practice, 10*(4), 141-143.

Miller, L. (1992). Book review: "Cognitive Therapy of Personality Disorders" by A. Beck, A. Freeman & Associates. *Psychotherapy in Private Practice, 11*(2), 139-141.

Miller, L. (1992). Cognitive rehabilitation, cognitive therapy, and cognitive style: Toward an integrative model of personality and psychotherapy. *Journal of Cognitive Rehabilitation, 10*(1), 18-29.

Miller, L. (1992). Back to the future: Legal, vocational, and quality-of-life issues in the long-term adjustment of the brain-injured patient. *Journal of Cognitive Rehabilitation, 10*(5), 14-20.

Miller, L. (1992). When the best help is self-help, or: Everything you always wanted to know about brain injury support groups. *Journal of Cognitive Rehabilitation, 10*(6), 14-17.

Miller, L. (1993). Who are the best psychotherapists? Qualities of the effective practitioner. *Psychotherapy in Private Practice, 12*(1), 1-18.

Miller, L. (1993). Family therapy of brain injury: Syndromes, strategies, and solutions. *American Journal of Family Therapy, 21,* 111-121.

Miller, L. (1993). Freud's brain: Toward a unified neuropsychodynamic model of personality and psychotherapy. *Journal of the American Academy of Psychoanalysis, 21,* 183-212.

Miller, L. (1993). Psychotherapeutic approaches to chronic pain. *Psychotherapy, 30,* 115-124.

Miller, L. (1993). Toxic torts: Clinical, neuropsychological, and forensic aspects of chemical and electrical injuries. *Journal of Cognitive Rehabilitation, 11*(1), 6-20.

Miller, L. (1993). The "trauma" of head trauma: Clinical, neuropsychological, and forensic aspects of posttraumatic stress syndromes in brain injury. *Journal of Cognitive Rehabilitation, 11*(4), 18-29.

Miller, L. (1994). Biofeedback and behavioral medicine: Treating the symptom, the syndrome, or the person? *Psychotherapy, 31,* 161-169.

Miller, L. (1994). Psychotherapy of epilepsy: Seizure control and psychosocial adjustment. *Journal of Cognitive Rehabilitation, 12*(1), 14-30.

Miller, L. (1994). Sex and the brain-injured patient: Regaining love, pleasure, and intimacy. *Journal of Cognitive Rehabilitation, 12*(3), 12-20.

Miller, L. (1994). Unusual head injury syndromes: Clinical, neuropsychological, and forensic considerations. *Journal of Cognitive Rehabilitation, 12*(6), 12-22.

Miller, L. (1994). Civilian posttraumatic stress disorder: Clinical syndromes and psychotherapeutic strategies. *Psychotherapy, 31,* 655-664.

Miller, L. (1994). The epilepsy patient: Personality, psychodynamics, and psychotherapy. *Psychotherapy, 31,* 735-743.

Miller, L. (1994). Alcohol and drug abuse in traumatic brain injury. In A.T. DiKengil, S. Morganstein, M.C. Smith & M.C. Thut (Eds.), *Family Issues About Traumatic Brain Injury* (pp. 121-122). Tucson: Communication Skill Builders.

Miller, L. (1994). Competency and guardianship issues in traumatic brain injury. In A.T. DiKengil, S. Morganstein, M.C. Smith & M.C. Thut (Eds.), *Family Issues About Traumatic Brain Injury* (pp. 167-168). Tucson: Communication Skill Builders.

Miller, L. (1994). Traumatic brain injury and aggression. In M. Hillbrand & N.J. Pallone, (Eds.), *The Psychobiology of Aggression: Engines, Measurement, Control* (pp. 91-103). New York: Haworth.

Miller, L. (1995). Tough guys: Psychotherapeutic strategies with law enforcement and emergency services personnel. *Psychotherapy, 32,* 592-600.

Miller, L. (1995). Toxic trauma and chemical sensitivity: Clinical syndromes and psychotherapeutic strategies. *Psychotherapy, 32,* 648-656.

Miller, L. (1996). Neuropsychology and pathophysiology of mild head injury and the postconcussion syndrome: Clinical and forensic considerations. *Journal of Cognitive Rehabilitation, 14*(1), 8-23.

Miller, L. (1996). Malingering in mild head injury and the postconcussion syndrome: Clinical, neuropsychological, and forensic considerations. *Journal of Cognitive Rehabilitation, 14*(4), 6-17.

Miller, L. (1996). Malingering in mild brain injury: Toward a balanced view, *Neurolaw Letter, 6,* 85-91.

Miller, L. (1996). Making the best use of your neuropsychology expert: What every neurolawyer should know. *Neurolaw Letter, 6,* 93-99.

Miller, L. (1997). Typical and atypical postconcussion syndromes: Making clinical and forensic sense. *Neurolaw Letter, 6,* 109-116.

Miller, L. (1997). Neuropsychology of the toxic tort: Making the case for chemical injury. *Neurolaw Letter, 6,* 123-126.

Miller, L. (1997). Traumatic brain injury, substance abuse, and personality: Facing the challenges to neuropsychological testimony. *Neurolaw Letter, 6,* 137-141.

Miller, L. (1997). Parents' guide to learning disabilities. *Boca Kidz,* April, p. 12.

Miller, L. (1997). Freud and consciousness: The first 100 years of neuropsychodynamics in theory and clinical practice. *Seminars in Neurology, 17,* 171-177.

Miller, L. (1997). Workplace violence in the rehabilitation setting: How to prepare, respond, and survive. *Florida State Association of Rehabilitation Nurses Newsletter, 7,* 4-8.

Miller, L. (1997). The neuropsychology expert witness: An attorney's guide to productive case collaboration. *Journal of Cognitive Rehabilitation, 15*(5), 12-17.

Miller, L. (1997). Neurosensitization: A pathophysiological model for traumatic disability syndromes. *Journal of Cognitive Rehabilitation, 15*(6), 12-23.

Miller, L. (1998). Psychological syndromes complicating recovery in the rehabilitation setting. *Florida State Association of Rehabilitation Nurses Newsletter, 8,* 5-6.

Miller, L. (1998). Motor vehicle accidents: Clinical, neuropsychological, and forensic aspects. *Journal of Cognitive Rehabilitation, 16*(4), 10-23.

Miller, L. (1998). A crash course in the neuropsychology of motor vehicle accidents: Part I. *Neurolaw Letter, 7,* 69-73.

Miller, L. (1998). A crash course in the neuropsychology of motor vehicle accidents: Part II. *Neurolaw Letter, 7,* 75-81.

Miller, L. (1998). A crash course in the neuropsychology of motor vehicle accidents: Part III. *Neurolaw Letter, 8,* 1-7.

Miller, L. (1999). Mild traumatic brain injury can have a major impact. *The Voice Medical Rehabilitation Newsletter,* September, p. 4.

Miller, L. (1999). Book review: "Freud and His Aphasia Book: Language and the Sources of Psychoanalysis" by V.D. Greenberg. *Psychoanalytic Books, 10,* 374-378.

Miller, L. (1999). Critical incident stress debriefing: Clinical applications and new directions. *International Journal of Emergency Mental Health, 1,* 253-265.

Miller, L. (1999). Psychological syndromes in personal injury litigation. In E. Pierson (Ed.), *1999 Wiley Expert Witness Update: New Developments in Personal Injury Litigation* (pp. 263-308). New York: Aspen.

Miller, L. (1999). A history of psychotherapy with patients with brain injury. In K.G. Langer, L. Laatsch & L. Lewis (Eds.), *Psychotherapeutic Interventions for Adults with Brain Injury or Stroke: A Clinician's Treatment Resource* (pp. 27-43). New York: Psychosocial Press.

Miller, L. (1999). Tough guys: Psychotherapeutic strategies with law enforcement and emergency services personnel. In L. Territo & J.D. Sewell (Eds.), *Stress Management in Law Enforcement* (pp. 317-332). Durham, NC: Carolina Academic Press.

Miller, L. (2000). Law enforcement traumatic stress: Clinical syndromes and intervention strategies. *Trauma Response, 6*(1), 15-20.

Miller, L. & Dion, J.R. (2000). Expert Spotlight: Interview with Dr. Laurence Miller. *Victim Advocate, 1*(3), 10-11.

Miller, L. (2000). Neurosensitization: A model for persistent disability in chronic pain, depression, and posttraumatic stress disorder following injury. *Neurorehabilitation, 14,* 25-32.

Miller, L. (2000). Psychological syndromes in brain injury litigation: Personality, psychopathology, and disability. *Brain Injury Source, 4*(3), 18-19, 40-43.

Miller, L. (2000). Book reviews: "Detecting Malingering and Deception: Forensic Distortion Analysis" by H.V. Hall & D.A. Pritchard; "Clinical Assessment of Malingering and Deception (2nd ed.)" Ed. by R. Rogers; and "Malingering and Deception in Adolescents: Credibility Assessment in Clinical and Forensic Settings" by J.T. McCann. *Community Mental Health Journal, 36,* 537-538.

Miller, L. (2000). The predator's brain: Neuropsychodynamics of serial killers. In L.B. Schlesinger (Ed.), *Serial Offenders: Current Thought, Recent Findings, Unusual Syndromes* (pp. 135-166). Boca Raton: CRC Press.

Miller, L. & Schlesinger, L.B. (2000). Survivors, families, and co-victims of serial offenders. In L.B. Schlesinger (Ed.), *Serial Offenders: Current Thought, Recent Findings, Unusual Syndromes* (pp. 309-334). Boca Raton: CRC Press.

Miller, L. (2000). Traumatized psychotherapists. In F.M. Dattilio & A. Freeman (Eds.), *Cognitive-Behavioral Strategies in Crisis Intervention* (2nd ed., pp. 429-445). New York: Guilford.

Miller, L. (2001). Not just malingering: Syndrome diagnosis in traumatic brain injury litigation. *Neurorehabilitation, 16,* 109-122.

Miller, L. (2001). Workplace violence and psychological trauma: Clinical disability, legal liability, and corporate policy. Part I. *Neurolaw Letter, 11,* 1-5.

Miller, L. (2001). Workplace violence and psychological trauma: Clinical disability, legal liability, and corporate policy. Part II. *Neurolaw Letter, 11,* 7-13.

Miller, L. (2001). Treating and compensating victims of posttraumatic stress disorder. *Nexus, 7*(2), 1-3, 6-8.

Miller, L. (2001). Crime victim trauma and psychological injury: Clinical and forensic guidelines. In E. Pierson (Ed.), *2001 Wiley Expert Witness Update: New Developments in Personal Injury Litigation* (pp. 171-205). New York: Aspen.

Miller, L. (2001). Family therapy of traumatic brain injury: Basic principles and innovative strategies. In M.M. MacFarlane (Ed.), *Family Therapy and Mental Health: Innovations in Theory and Practice* (pp. 311-330). New York: Haworth.

Miller, L. (2001). Biopsychoanalytic theories of sex differences in personality and psychopathology: Neuropsychology, psychodynamics, and cognitive style. In C. Schwartz & M. Schulman (Eds.), *Sexual Faces* (pp. 208-236). New York: International Universities Press.

Miller, L. (2002). How safe is your job? The threat of workplace violence. *USA Today Magazine,* March, pp. 52-54.

Miller, L. (2002). Posttraumatic stress disorder in school violence: Risk management lessons from the workplace. *Neurolaw Letter, 11,* 33, 36-40.

Miller, L. (2002). What is the true spectrum of functional disorders in rehabilitation? In N.D. Zasler & M.F. Martelli (Eds.), *Functional Disorders* (1-20). Philadelphia: Hanley & Belfus.

Miller, L. (2003). Psychological interventions for terroristic trauma: Symptoms, syndromes, and treatment strategies. *Psychotherapy, 39,* 283-296.

Miller, L. (2003). Personalities at work: Understanding and managing human nature on the job. *Public Personnel Management, 32,* 419-433.

Miller, L. (2003). Police personalities: Understanding and managing the problem officer. *The Police Chief,* May, pp. 53-60.

Miller, L. (2003). Family therapy of terroristic trauma: Psychological syndromes and treatment strategies. *American Journal of Family Therapy, 31,* 257-280.

Miller, L. (2003). Law enforcement responses to violence against youth: Psychological dynamics and intervention strategies. In R.S. Moser & C.E. Franz (Ed.), *Shocking Violence II: Violent Disaster, War, and Terrorism Affecting Our Youth* (pp. 165-195). New York: Charles C. Thomas.

Schlesinger, L.B. & Miller, L. (2003). Learning to kill: serial, contract, and terrorist murderers. In R.S. Moser & C.E. Franz (Ed.), *Shocking Violence II: Violent Disaster, War, and Terrorism Affecting Our Youth* (pp. 145-164). Springfield, IL: Charles C Thomas.

Miller, L. (2004). Psychotherapeutic interventions for survivors of terrorism. *American Journal of Psychotherapy, 58,* 1-16.

Miller, L. (2004). Personality-based interviews and interrogations. *International Association of Chiefs of Police Training Key #565.*

Miller, L. (2004). Good cop – bad cop: Problem officers, law enforcement culture, and strategies for success. *Journal of Police and Criminal Psychology, 19,* 30-48.

Miller, L. (2005). Infidelities in police families. *Law and Order,* February, p. 30.

Miller, L. (2005). Intimacy and family time in police families. *Law and Order,* March, p. 30.

Miller, L. (2005). Psychotherapy for terrorism survivors: New directions in evaluation and treatment. *Directions in Clinical and Counseling Psychology, 17,* 59-74.

Miller, L. (2005). Psychotherapy for terrorism survivors: New directions in evaluation and treatment. *Directions in Psychiatric Nursing, 11,* 123-138.

Miller, L. (2005). Critical incident stress: Myths and realities. *Law and Order,* April, p. 31.

Miller, L. (2005). Command leadership under fire. *Law and Order,* June, p. 26.

Miller, L. (2005). Driven to drink: Police officers and alcohol. *Law and Order,* August, p. 30.

Miller, L. (2005). Police officer suicide: Causes, prevention, and practical intervention strategies. *International Journal of Emergency Mental Health, 7,* 101-114.

Miller, L. (2005). Hostage negotiation: Psychological principles and practices. *International Journal of Emergency Mental Health, 7,* 277-298.

Miller, L. (2006). Treating military veterans for injured psyches. *South Florida Sun-Sentinel,* January 2, p. 18A.

Miller, L. (2006). Practical strategies for preventing officer suicide. *Law and Order,* March, pp. 90-92.

Miller, L. (2006). Critical incidents: Myths and realities. *Training Wheel,* January-March, pp. 46-47.

Miller, L. (2006). Book reviews: "The Elements of Police Hostage and Crisis Negotiation: Critical Incidents and How to Respond to Them" by J.L. Greenstone; and "Communication in Crisis and Hostage Negotiation" by A.A. Slatkin. *International Journal of Emergency Mental Health, 8,* 77-79.

Miller, L. (2006). The terrorist mind: I. A psychological and political analysis. *International Journal of Offender Rehabilitation and Comparative Criminology, 50,* 121-138.

Miller, L. (2006). The terrorist mind: II. Typologies, psychopathologies, and practical guidelines for investigation. *International Journal of Offender Rehabilitation and Comparative Criminology, 50,* 255-268.

Miller, L. (2006). Suicide by cop: Causes, reactions, and practical intervention strategies. *International Journal of Emergency Mental Health, 8,* 165-174.

Miller, L. (2006). Critical incident stress debriefing for law enforcement: Practical models and special applications. *International Journal of Emergency Mental Health, 8,* 189-201.

Miller, L. (2006). Officer-involved shooting: Reaction patterns, response protocols, and psychological intervention strategies. *International Journal of Emergency Mental Health, 8,* 239-254.

Miller, L. (2006). Psychological traits and characteristics of successful hostage negotiators. *Inner Perimeter: The Official Newsletter of the International Association of Hostage Negotiators, 1,* pp. 3-4.

Miller, L. (2006). Command leadership under fire. *Command,* Fall, pp. 6-13.

Miller, L. (2006). On the spot: Testifying in court for law enforcement officers. *FBI Law Enforcement Bulletin,* October, pp. 1-6.

Miller, L. (2006). Psychological principles and practices for superior law enforcement leadership. *The Police Chief,* October, pp. 160-168.

Miller, L. (2006). Undercover policing: A psychological and operational guide. *Journal of Police and Criminal Psychology, 21,* 1-24.

Miller, L. (2006). Book reviews: "The Elements of Police Crisis and Hostage Negotiation" by James L. Greenstone; "Communication in Crisis and Hostage Negotiations" by Arthur A. Slatkin; and "Psychological Aspects of Crisis Negotiation" by Thomas Strentz. *International Law Enforcement and Trainers Association Review,* October/November, pp. 5-7.

Miller, L. (2006). Treat veterans' mental injuries, too. *South Florida Sun-Sentinel,* November 27, p. 26A.

Miller, L. (2007). Police families: Stresses, syndromes, and solutions. *American Journal of Family Therapy, 35,* 21-40.

Miller, L. (2007). Negotiating with mentally disordered hostage takers: Guiding principles and practical strategies. *Journal of Police Crisis Negotiations, 7,* 63-83.

Miller, L. (2007). Stress management: The good, the bad, and the healthy. *Illinois D.A.R.E. Officers Association Newsletter,* March 30, p. 18.

Miller, L. (2007). Intimacy and family time. *Illinois D.A.R.E. Officers Association Newsletter,* March 30, p. 19.

Miller, L. (2007). Shots fired. *South Florida Sun-Sentinel,* May 3, p. 20A.

Miller, L. (2007). Line-of-duty death: Psychological treatment of traumatic bereavement in law enforcement. *International Journal of Emergency Mental Health, 9,* 13-23.

Miller, L. (2007). School violence: Effective response protocols for maximum safety and minimum liability. *International Journal of Emergency Mental Health, 9,* 105-110.

Miller, L. (2007). Workplace violence: Practical policies and strategies for prevention, response, and recovery. *International Journal of Emergency Mental Health, 9,* 259-279.

Miller, L. (2007). The psychological fitness-for-duty evaluation. *FBI Law Enforcement Bulletin,* August, pp. 10-16.

Miller, L. (2007). Crisis intervention strategies for treating law enforcement and mental health professionals. In F.M. Dattilio & A. Freeman (Eds.), *Cognitive-Behavioral Strategies in Crisis Intervention* (3rd ed., pp. 93-121). New York: Guilford.

Miller, L. (2007). Traumatic stress disorders. In F.M. Dattilio & A. Freeman (Eds.), *Cognitive-Behavioral Strategies in Crisis Intervention* (3rd ed., pp. 494-527). New York: Guilford.

Miller, L. (2007). Stress, traumatic stress, and posttraumatic stress syndromes. In L. Territo & J.D. Sewell (Eds.), *Stress Management in Law Enforcement* (2nd ed., pp. 15-39). Durham, NC: Carolina Academic Press.

Miller, L. (2007). Law enforcement traumatic stress: Clinical syndromes and intervention strategies. In L. Territo & J.D. Sewell (Eds.), *Stress Management in Law Enforcement* (2nd ed., pp. 381-397). Durham, NC: Carolina Academic Press.

Miller, L. (2007). Police personalities: Understanding and managing the problem officer. In L. Territo & J.D. Sewell (Eds.), *Stress Management in Law Enforcement* (2nd ed., pp. 473-486). Durham, NC: Carolina Academic Press.

Miller, L. (2008). When the best force is less force: Anticipating and defusing potential patrol perils. *ILEETA Use of Force Journal, 8*(1), 7-10.

Miller, L. (2008). Military psychology and police psychology: Mutual contributions to crisis intervention and stress management. *International Journal of Emergency Mental Health, 10,* 9-26.

Miller, L. (2008). The ultimate use of force: The psychology of killing. *ILEETA Use of Force Journal, 8*(2), 7-11.

Miller, L. (2008). The practice of crisis intervention. In J. Krzyzowski (Ed.), *Emergency Psychiatry: Concepts and Principles* (pp. 69-90). Warsaw: Medyk.

Miller, L. (2008). Role of the mental health consultant in police negotiation teams. In J. Krzyzowski (Ed.), *Emergency Psychiatry: Concepts and Principles* (pp. 101-120). Warsaw: Medyk.

Miller, L. (2008). Stress and resilience in law enforcement training and practice. *International Journal of Emergency Mental Health, 10,* 109-124.

Miller, L. (2008). Book review: "The Elements of Disaster Psychology: Managing Psychosocial Trauma" by James L. Greenstone. *International Journal of Emergency Mental Health, 10,* 164-165.

Miller, L. (2008). Book review: "Working with Traumatized Police Officer-Patients: A Clinician's Guide to Complex PTSD Syndromes in Public Safety Professionals" by Daniel Rudofossi. *Omega: Journal of Death and Dying, 57,* 212-215.

Miller, L. (2008). Death notification for families of murder victims: Healing dimensions of a complex process. *Omega: Journal of Death and Dying, 57,* 367-380.

Miller, L. (2008). Wounded warriors: Stress and crisis management for military and law enforcement personnel. *Crisis Management and Traumatic Stress Report, 1,* 11-22.

Miller, L. (2008). Juror stress: Symptoms, syndromes, and solutions. *International Journal of Emergency Mental Health, 10,* 203-218.

Miller, L. (2008). Book review: "Surviving the Street: Officer Safety and Survival Techniques" by Gerald W. Garner. *International Journal of Emergency Mental Health, 10,* 239-240.

Miller, L. (2008). You're it! Psychological survival tips for dealing with an excessive force investigation. *ILEETA Use of Force Journal, 8*(4), 18-22.

Miller, L. (in press). Book reviews: "Handbook for Psychological Fitness-for-Duty Evaluations in Law Enforcement" by Cary D. Rostow and Robert D. Davis; and "Fit, Unfit, or Misfit? How to Perform Fitness for Duty Evaluations in Law Enforcement Professionals" by Kathleen P. Decker. *International Journal of Emergency Mental Health.*

Miller, L. (in press). Family survivors of homicide: I. Symptoms, syndromes, and reaction patterns. *American Journal of Family Therapy.*

Miller, L. (in press). Family survivors of homicide: II. Practical therapeutic strategies. *American Journal of Family Therapy.*

Miller, L. (in press). Managing problem employees: A model program and practical guide. *Journal of Business and Psychology.*

## BOOKS

Miller, L. (1990). *Inner Natures: Brain, Self, and Personality.* New York: St. Martin's Press.

Miller, L. (1991). *Freud's Brain: Neuropsychodynamic Foundations of Psychoanalysis.* New York: Guilford.

Miller, L. (1993). *Psychotherapy of the Brain-Injured Patient: Reclaiming the Shattered Self.* New York: Norton.

Miller, L. (1998). *Shocks to the System: Psychotherapy of Traumatic Disability Syndromes.* New York: Norton.

Miller, L. (2006). *Practical Police Psychology: Stress Management and Crisis Intervention for Law Enforcement.* Springfield, IL: Charles C Thomas.

Miller, L. (2008). *METTLE: Mental Toughness Training for Law Enforcement.* Flushing, NY: Looseleaf Law Publications.

Miller, L. (2008). *From Difficult to Disturbed: Understanding and Managing Dysfunctional Employees.* New York: Amacom.

Miller, L. (2008). *Counseling Crime Victims: Practical Strategies for Mental Health Professionals.* New York: Springer.

Miller, L. (in press). *Criminal Psychology: Nature, Nurture, Culture.* Boston: AB Longman/Pearson.


## ONLINE PUBLICATIONS

Miller, L. (1998). Learning disorders and beyond: A parent's quick guide. *www.adhdparent.com/innews.html.*

Miller, L. (2000). Police psychology: What is it? *www.wpbpolice.org/profile-police-psych.php.*

Miller, L. (2000). Law enforcement traumatic stress: Clinical syndromes and intervention strategies. *www.aaets.org/article87.htm.*

Miller, L. (2002). Law enforcement stress management: The good, the bad, and the healthy. *www.handcuffed-hearts.com/Articles/laurencemiller11_21_02.htm.*

Miller, L. (2002). Communication in police families: Too much of a good thing? *www.handcuffed-hearts.com/Articles/laurencemiller12_04_02.htm.*

Miller, L. (2002). Overzealous about overtime in police work. *www.handcuffed-hearts.com/Articles/laurencemiller12_11_12.htm.*

Miller, L. (2002). In your dreams: Dreaming about the police job. *www.handcuffed-hearts.com/Articles/laurencemiller12_18_02.htm.*

Miller, L. (2002). Pride and caution: How families can talk about their loved one's police work. *www.handcuffed-hearts.com/Articles/laurencemiller12_25_02.htm.*

Miller, L. (2002). How safe is your job? The threat of workplace violence. *www.findarticles.com/p/articles/mi_m1272/is_2682_130/ai_84184876.*

Miller, L. (2003). Complaint department: Beefs about law enforcement politics. *www.handcuffed-hearts.com/Articles/laurencemiller01_01_03.htm.*

Miller, L. (2003). Vicarious trauma: Family reactions to police officer crises. *www.handcuffed-hearts.com/Articles/laurencemiller01_08_03.htm.*

Miller, L. (2003). Shift work and family time in law enforcement. *www.handcuffed-hearts.com/Articles/laurencemiller01_15_03.htm.*

Miller, L. (2003). Off-duty couch potato: Work begins at home?. *www.handcuffed-hearts.com/Articles/laurencemiller01_29_03.htm.*

Miller, L. (2003). Departmental stress and problem drinking in police officers. *www.handcuffed-hearts.com/Articles/laurencemiller02_06_03.htm.*

Miller, L. (2003). Cops' kids: Who they are and how to handle them. *www.handcuffed-hearts.com/Articles/laurencemiller02_16_03.htm.*

Miller, L. (2003). Career competition in police families. *www.handcuffed-hearts.com/Articles/laurencemiller02_28_03.htm.*

Miller, L. (2003). Emotional intimacy in police families. *www.handcuffed-hearts.com/Articles/laurencemiller03_10_03.htm.*

Miller, L. (2003). Personalities at work: Understanding and managing human nature on the job. *www.entrepreneur.com/tradejournals/article/print/160714660.html.*

Miller, L. (2005). Birth injury, brain injury, and behavioral impairment. *www.particlewebforlaw.com/birth_injury_behavioral_impairment.php.*

Miller, L. (2005). Traumatic brain injury and the postconcussion syndrome. *www.particlewebforlaw.com/traumatic_brain_injury.php.*

Miller, L. (2005). More than ouch: The disturbing world of chronic pain. *www.particlewebforlaw.com/chronic_pain.php.*

Miller, L. (2005). Posttraumatic stress disorder and psychological injury. *www.particlewebforlaw.com/posttraumatic_stress_disorder.php.*

Miller, L. (2005). The forensic psychological examination: What can I expect? *www.particlewebforlaw.com/forensic_psychological_examination.php.*

Miller, L. (2005). Civil competencies: Psychological and legal factors. *www.particlewebforlaw.com/civil_competencies.php.*

Miller, L. (2005). Criminal competencies: Psychological and legal factors. *www.particlewebforlaw.com/criminal_competencies.php.*

Miller, L. (2005). The insanity defense: Psycholegal considerations. *www.particlewebforlaw.com/insanity_defense.php.*

Miller, L. (2005). To beat stress, don't relax. Get tough! *www.fbi.gov/publications/leb/2006/october2006/october2006leb.htm*

Miller, L. (2005). Not just malingering: Psychological syndromes in brain injury litigation. *www.doereport.com/article_malingering.php.*

Miller, L. (2005). Workplace violence and psychological trauma: Clinical disability, legal liability, and corporate policy. *www.doereport.com/article_workplaceviolence.php.*

Miller, L. (2006). Posttraumatic stress disorder: Making the case for psychological injury. *www.doereport.com/posttraumatic_stress.php.*

Miller, L. (2006). Police psychology: What is it? *www.doereport.com/police_psychology.php.*

Miller, L. (2006). Civil competencies: Psychological and legal factors. *www.doereport.com/civil_competencies.php.*

Miller, L. (2006). Criminal competencies: Psychological and legal factors. *www.doereport.com/criminal_competencies.php.*

Miller, L. (2006). The insanity defense: Psycholegal considerations. *www.doereport.com/criminal_competencies.php.*

Miller, L. (2006). The forensic psychological examination: What every client should expect. *www.doereport.com/forensic_psych_exam.php.*

Miller, L. (2006). The psychological fitness-for-duty evaluation: What every police officer should know. *www.edpdlaw.com/FFDMiller.pdf.*

Miller, L. (2006). The psychological fitness-for-duty evaluation: I. What every police officer should know. *www.policeone.com/writers/columnists/LaurenceMiller/articles/134760/.*

Miller, L. (2006). The psychological fitness-for-duty evaluation: II. What every police officer should do. *www.policeone.com/writers/columnists/LaurenceMiller/articles/134761/.*

Miller, L. (2006). Bad cops to good cops: Constructive alternatives in police discipline. Part I. *www.policeone.com/writers/columnists/LaurenceMiller/articles/135069/.*

Miller, L. (2006). Bad cops to good cops: Constructive alternatives in police discipline. Part II. *www.policeone.com/writers/columnists/LaurenceMiller/articles/135070/.*

Miller, L. (2006). Stress management: The good, the bad, and the healthy. *www.policeone.com/writers/columnists/LaurenceMiller/articles/508968/.*

Miller, L. (2006). Critical incidents: Myths and realities. *www.policeone.com/writers/columnists/LaurenceMiller/articles/509571/.*

Miller, L. (2006). Intimacy and family time. *www.policeone.com/writers/columnists/LaurenceMiller/articles/757860/.*

Miller, L. (2006). Brutal brass: Dealing with bad police supervisors. *www.policeone.com/writers/columnists/LaurenceMiller/articles/1035723/.*

Miller, L. (2006). Sex, lies, and police work. *www.policeone.com/writers/columnists/LaurenceMiller/articles/1182709/.*

Miller, L. (2006). May it please the court: Testifying tips for officers. *www.policeone.com/writers/columnists/LaurenceMiller/articles/1188765/.*

Miller, L. (2006). Shots fired: I. Psychological reaction patterns to officer-involved shootings. *www.policeone.com/writers/columnists/LaurenceMiller/articles/11958591/.*

Miller, L. (2006). Shots fired: II. Operational and psychological management of officer-involved shootings. A "best practices" model. *www.policeone.com/writers/columnists/LaurenceMiller/articles/1195869/.*

Miller, L. (2006). On the spot: Testifying in court for law enforcement officers. *www.fbi.gov/publications/leb/2006/october2006/october2006leb.htm.*

Miller, L. (2006). Psychological principles and practices for superior law enforcement leadership. *www.policechiefmagazine.org/magazine/index.cfm?fuseaction=display&article_id=1026 &issue_id=102006.*

Miller, L. (2007). Battling stress? Don't relax – get tough! *www.lifetips.com/expert-guru/6563-laurence-miller.html.*

Miller, L. (2007). Psychological principles of effective leadership. *www.lifetips.com/expert-guru/6563-laurence-miller.html.*

Miller, L. (2007). Psychological tips for testifying in court. *www.lifetips.com/expert-guru/6563-laurence-miller.html.*

Miller, L. (2007). The ultimate sacrifice: Coping with line-of-duty death in law enforcement. *www.policeone.com/writers/columnists/LaurenceMiller/articles/1203445/.*

Miller, L. (2007). Suicide by cop: Prevention, response, and recovery. *www.policeone.com/writers/columnists/LaurenceMiller/articles/1228463/.*

Miller, L. (2007). School violence: Effective response protocols for maximum safety and minimum liability. *www.doereport.com/article_school_violence.php.*

Miller, L. (2007). School violence: The psychology of youthful murder and what to do about it. *www.policeone.com/writers/columnists/LaurenceMiller/articles/1238618/.*

Miller, L. (2007). May it please the court: Testifying tips for expert witnesses. *www.doereport.com/article_testifying_tips.php.*

Miller, L. (2007). Police officer suicide: Recognizing the signs and helping our colleagues in distress. *www.policeone.com/writers/columnists/LaurenceMiller/articles/1245590/.*

Miller, L. (2007). Hostage negotiations: Psychological strategies for resolving crises safely. *www.policeone.com/writers/columnists/LaurenceMiller/articles/1247470/.*

Miller, L. (2007). The worst possible news: Death notification and body identification for law enforcement officers. *www.policeone.com/writers/columnists/LaurenceMiller/articles/1267704/.*

Miller, L. (2007). How to pass your pre-employment psych screening without going nuts. *www.policeone.com/writers/columnists/LaurenceMiller/articles/1282462/.*

Miller, L. (2007). Personality-guided interview and interrogation: Practical psychology for law enforcement investigators. *www.policeone.com/writers/columnists/LaurenceMiller/articles/1290328/.*

Miller, L. (2007). Domestic violence in police families: Causes, effects, and intervention strategies. *www.policeone.com/writers/columnists/LaurenceMiller/articles/1350610/.*

Miller, L. (2007). Mental toughness for law enforcement. *www.policeone.com/writers/columnists/LaurenceMiller/articles/135045/.*

Miller, L. (2007). Military psychology and police psychology: Mutual influences and contribution. Part I. Operational assistance. *www.policeone.com/writers/columnists/LaurenceMiller/articles/1626666/.*

Miller, L. (2007). Military psychology and police psychology: Mutual influences and contribution. Part II. Clinical services. *www.policeone.com/writers/columnists/LaurenceMiller/articles/1626656/.*

Miller, L. (2007). Command leadership under fire: What makes the "right stuff"? *www.policeone.com/writers/columnists/LaurenceMiller/articles/1632170/.*

Miller, L. (2007). Mass violence: Why do they do it? What can we do about it? *www.policeone.com/writers/columnists/LaurenceMiller/articles/1637969/.*

Miller, L. (2007). Police psychology: Law enforcement leaders reflect on 2007. *www.policeone.com/news/1644662/.*

Miller, L. (2008). Undercover operations: Part I. Planning, training, and deployment. *www.policeone.com/news/1647405/.*

Miller, L. (2008). Undercover operations: Part II. Termination, reintegration, and post-deployment syndromes. *www.policeone.com/news/1648187/.*

Miller, L. (2008). On-scene response to crime and accident victims: A practical guide. *www.policeone.com/news/1651795/.*

Miller, L. (2008). Dealing with the stress of criminal investigation: "It gets to you." *www.policeone.com/news/1669755/.*

Miller, L. (2008). Not just kid stuff: Handling juveniles on patrol. *www.policeone.com/news/1676339/.*

Miller, L. (2008). Patrol psychology 101: Communication and conflict resolution. *www.policeone.com/news/1685390/.*

Miller, L. (2008). Dealing with mentally ill citizens on patrol: Part I. Signs, symptoms, and strategies. *www.policeone.com/news/1694386/.*

Miller, L. (2008). Dealing with mentally ill citizens on patrol: Part II. Anxiety, mood disorders, and psychosis. *www.policeone.com/news/1697438/.*

Miller, L. (2008). Dealing with mentally ill citizens on patrol: Part III. Personality disorders and substance abuse. *www.policeone.com/news/1703525/.*

Miller, L. (2008). Dealing with mentally ill citizens on patrol: Part IV. Mental retardation and organic brain syndromes. *www.policeone.com/news/1707489/.*

Miller, L. (2008). Police officer suicide: How to cope, how to heal. *www.policeone.com/news/1723400/.*

Miller, L. (2008). Criminal profiling in serial homicide investigations. *www.policeone.com/news/1719635/.*

Miller, L. (2008). Some second thoughts for first responders. *www.policeone.com/news/1733975/.*

Miller, L. (2008). Under the microscope: Coping with the stress of an internal investigation. Part I. *www.policeone.com/news/1742389/.*

Miller, L. (2008). Under the microscope: Coping with the stress of an internal investigation. Part II. *www.policeone.com/news/1744679/.*

## RADIO

*Brain Power with Dr. Laurence Miller.* WNN-Boca Raton, Wednesdays, October 1996 – December 1996.

*The Brain Power Hour with Dr. Laurence Miller.* WPBR-Lake Worth, Tuesdays, February 1997 – April, 1997.

Miller, L. (1988). *The brain, personality, and individual differences.* WWDB-Philadelphia, June 1.

Miller, L. (1989). *Personality, psychotherapy, and the brain.* WWDB-Philadelphia, August 23.

Miller, L. (1990). *The mind-brain connection in illness and health.* WWDB-Philadelphia, June 6.

Miller, L. (1990). *Brain syndromes, mental disorders, and everyday emotional problems.* KFI-Los Angeles, July 18.

Miller, L. (1990). *The brain's role in addiction and recovery.* WSBR-Boca Raton, July 27.

Miller, L. (1990). *Biological and psychological approaches to addiction and recovery.* WSBR-Boca Raton, September 7.

Miller, L. (1993). *Self-help and recovery from brain injury.* WNN-Boca Raton, January 15.

Miller, L. (1996). *Attention deficit disorder in children and adults.* WNN-Boca Raton, September 11.

Miller, L. (1997). *The brain, personality, and social policy.* WPBR-Lake Worth, January 31.

Miller, L. (2002). *Killer cops? Understanding and responding to police violence.* WCTC-New Brunswick, April 11.

Miller, L. (2006). *Inside the police officer's mind.* Dr. Carole's Couch, Los Angeles, March 21.

Miller, L. (2006). *The psychology of police brutality and corruption.* The Expert Witness Radio Show, WBAI, New York, June 11.

Miller, L. (2006). *Practical police psychology: What cops and shrinks need to know.* Shrinkrap Radio Network, Los Angeles, June 16.

Miller, L. (2007). *Police and citizens: Better relationships for safer communities.* Today with Beverly Anderson Manley, Hot 102-FM, Kingston, Jamaica, May 16.

Miller, L. (2007). *From difficult to disturbed: Understanding and managing the dysfunctional employee.* The Business Shrink Radio Show, Washington DC, July 22.

Miller, L. (2007). *Parent-child murder-suicide: What makes them do it?* Interview on NBC Channel 5 News, West Palm Beach, Florida, August 29.

Miller, L. (2008). *Student-teacher sex: Why do they do it?* Interview on ABC Channel 12 News, Palm Beach Gardens, Florida, June 17.

Miller, L. (2008). *Hidden communicators: What the candidates are saying when they don't know they're saying it.* Interview on CBS Channel 12 News, West Palm Beach, Florida, October 19.

## ADDITIONAL MEDIA INTERVIEWS

Frequent newspaper, radio, television, and web-based interviews and commentary with local, regional, national, and international media.