AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

OSCAR J. BROWNFIELD,

                Plaintiff,

                v.

CITY OF YAKIMA, a municipal
corporation,

                Defendant.

            **JUDGMENT IN A CIVIL CASE**

        CASE NUMBER: CV-08-3005-RHW

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment is Granted. Judgment is entered in favor of the Defendant on Plaintiff's claims under the American with Disabilities Act, 42 U.S.C. § 1983, and the Family Medical Leave Act.

June 4, 2009
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
s/ Shirley Peters
_____
*(By) Deputy Clerk*
Shirley Peters